UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SARINA ERVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 22 C 2021 |
| v. ) | |
| ) | Judge Gettleman |
| RAYMOND ERVIN, ) | |
| ) | (Formerly case no. 2004 D 1943, Circuit |
| Defendant. ) | Court of Lake County, Illinois) |
| ) | |
| In the Matter of the State Court Motion for ) | |
| Rule to Show Cause Against the SOCIAL ) | |
| SECURITY ADMINISTRATION. ) | |

**RESPONDENT SOCIAL SECURITY
ADMINISTRATION'S MOTION FOR EXTENSION OF TIME**

Respondent Social Security Administration ("SSA"), by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, requests an extension of time to May 25, 2022, to answer or otherwise plead to the state court motion for rule to show cause, and in support states as follows:

1. On April 18, 2022, SSA, through the United States Attorney, filed a notice of removal pursuant to 28 U.S.C. § 1442, thereby causing the removal of this case from the Circuit Court of Lake County to the United States District Court for the Northern District of Illinois.

2. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, in a removed action where the defendant has not answered, the defendant shall answer or otherwise plead to the complaint within 21 days after the service of summons or within seven days after the filing of the notice of removal, whichever period is longest.

3. In this case, SSA was not properly served under Rule 4 of the Federal Rules of Civil Procedure. Consequently, SSA's answer or other response to the state court motion is due by April 25, 2022, which is within seven days after the filing of the petition for removal, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure.

4. The undersigned has not yet received copies of the agency file necessary to prepare for the defense of this action.

5. Allowing SSA until May 25, 2022, in which to answer or otherwise plead to the complaint will therefore allow counsel to adequately review and respond to the state court motion, including locating and reviewing any relevant agency files.

6. This is SSA's first request for an extension of time in this case. Undersigned counsel has contacted plaintiff's counsel to determine whether he has any objection to the motion but has not received a response. The parties will not be prejudiced if the court enters an order allowing SSA's motion to answer or otherwise plead to the removed state court motion.

WHEREFORE, respondent Social Security Administration requests leave to answer or otherwise plead to the removed state court motion to show cause by May 25, 2022.

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

By: s/ Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**Respondent Social Security Administration's Motion for Extension of Time**

was served pursuant to the district court's ECF system as to ECF filers in this court, if any, and was sent by first-class mail on April 25, 2022, to the following non-ECF filers:

>Jonathan D. Steele
>Beermann LLP
>61 North Clark Street, Suite 3000
>Chicago, Illinois 60601

>s/ Ernest Y. Ling
>ERNEST Y. LING
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois 60604
>(312) 353-5870
>ernest.ling@usdoj.gov